No. 109, Orig.  OKLAHOMA ET AL. *v.* NEW MEXICO, *ante*, p. 221;

No. 89–7662.  COLEMAN *v.* THOMPSON, WARDEN, *ante*, p. 722;

No. 89–7679.  RUSSELL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1259;

No. 90–333.  LAMPF, PLEVA, LIPKIND, PRUPIS & PETIGROW *v.* GILBERTSON ET AL., *ante*, p. 350;

No. 90–1700.  WRENN *v.* OHIO ET AL., *ante*, p. 1251;

No. 90–5551.  SCHAD *v.* ARIZONA, *ante*, p. 624;

No. 90–5721.  PAYNE *v.* TENNESSEE, *ante*, p. 808;

No. 90–5917.  NEWMAN *v.* UNITED STATES, 498 U. S. 1070;

No. 90–6799.  WAGNER *v.* SEELY ET AL., *ante*, p. 1219;

No. 90–7018.  LAGRAND *v.* ARIZONA, *ante*, p. 1259;

No. 90–7200.  DE LA CERDA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 500 U. S. 955;

No. 90–7304.  MILLER *v.* FEDERAL BUREAU OF INVESTIGATION, *ante*, p. 1254;

No. 90–7452.  MORRISON *v.* BROOKS, SUPERINTENDENT, ROBESON CORRECTIONAL CENTER, 500 U. S. 922;

No. 90–7583.  ZIEGLER *v.* CHAMPION, WARDEN, ET AL., 500 U. S. 944;

No. 90–7636.  MEEHAN *v.* METRO NASHVILLE POLICE DEPARTMENT ET AL., 500 U. S. 956;

No. 90–7641.  NABKEY *v.* UNITED STATES, *ante*, p. 1207;

No. 90–7717.  SANDERS *v.* DISTRICT OF COLUMBIA ET AL., *ante*, p. 1234;

No. 90–7927.  SCHMIDT *v.* UTAH ET AL., *ante*, p. 1221; and

No. 90–7969.  WOLFENBARGER *v.* KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES, *ante*, p. 1256.  Petitions for rehearing denied.

No. 90–1503.  ORDWAY ET UX. *v.* UNITED STATES, *ante*, p. 1261.  Motion of petitioners to defer consideration of petition for rehearing denied.  Petition for rehearing denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.